

JS-6 /enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILTON M. AREVALO, | Case No. CV 14-3967-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN KATAVICH, | |
| Respondent. | |

Pursuant to the Court's Memorandum and Order,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 27, 2015

DOUGLAS F. McCORMICK
DOUGLAS F. McCORMICK
United States Magistrate Judge

